# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RAMIRO MUNOZ GARZA,

                    Petitioner,

     vs.

UNKNOWN,

                    Respondent.

_____/

1:08-cv-00612-OWW-SMS (HC)

ORDER AUTHORIZING
IN FORMA PAUPERIS STATUS

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   June 3, 2008**　　　　　　　　_____
                                     **/s/ Sandra M. Snyder**
                                UNITED STATES MAGISTRATE JUDGE